IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARY VANDERSLICE, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 6:15-CV-494 |
| JAVIER VAZQUEZ MORANT, | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (ECF 4), filed on January 5, 2016, recommends that the Complaint be dismissed without prejudice for failure to effect service timely under Federal Rule of Civil Procedure 4(m). Plaintiff did not file written objections. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court. It is

**ORDERED** that the Complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 4(m).

**SIGNED this 26th day of January, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE